UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUHMER FRYER, A.E.,, <br><br> Plaintiff, <br><br> v. <br><br> YOLO COUNTY DEPARTMENT OF SOCIAL SERVICES; YOLO COUNTY BOARD OF SUPERVISORS; STATE OF CALIFORNIA DEPT OF SOCIAL SERVICES, <br><br> Defendants. | No. 2:18-cv-27-MCE-EFB PS <br><br><br> ORDER |

On September 11, 2018, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed September 11, 2018, are ADOPTED; and

///

///

2. Plaintiff's motion for injunctive relief (ECF No. 3) is denied.

Dated: September 27, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE